UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
V. ) CRIMINAL NO. 05CR300  -MAP
)
MIGUEL LOZADO )

### MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. Section 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all that apply):

   \_\_\_\_\_ Crime of violence (18 U.S.C. Section 3156)

   \_\_\_\_\_ Maximum sentence life imprisonment or death

   \_\_\_\_\_ 10 plus years drug offense

   __X__ Felony, with two prior convictions in above categories

   __X__ Serious risk defendant will flee

   \_\_\_\_\_ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States (will, ~~will not~~) invoke the rebuttable presumption against defendant under Section 3142(e). (If yes) The presumption applies because (check one or both):

  __x__ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. Section 924(c)

  __x__ Previous conviction for "eligible" offense committed while on pretrial bond

 4. _Time for Detention Hearing_. The United States requests the court conduct the detention hearing,

  _____ At first appearance

  __X__ After continuance of __3__ days (not more than 3)

 5. _Witnesses_. The United States intends to call the following witnesses:

 The amount of time for direct examination of these witnesses is estimated to be: one-half hour.

 6. _Other Matters_.

_____

_____

_____

DATED this __16th__ day of __June__, 20__05__.

          _[signature]_
          Assistant United States Attorney