AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

MIGUEL LOZADA

**SEALED**

**WARRANT FOR ARREST**

CASE NUMBER: 05mj631 KPN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Miguel Lozada_
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
felon in possession of a firearm

in violation of
Title _18_ United States Code, Section(s) _922g1_

Kenneth P. Neiman                          U.S. Magistrate Judge
Name of Issuing Officer                    Title of Issuing Officer

_[signature]_                              June 14, 2005  Springfield, Mass.
Signature of Issuing Officer               Date and Location

Bail fixed at $ _____ by _____
                             Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _258 Locust St Springfield, MA_

| DATE RECEIVED 6/9/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/15/05 | SA Mark S. Karangekis | _[signature]_ |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Miguel Lozada

ALIAS:

LAST KNOWN RESIDENCE: 62 Pearl Street, 2nd Floor, Springfield, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Springfield, MA

DATE OF BIRTH (4 digit year): 00-00-1984

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 1829

HEIGHT: 5'6"    WEIGHT: 155

SEX: Male    RACE: Hispanic

HAIR: Black    EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: