UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-mj-631 |
| | ) | |
| | ) | |
| MIGUEL LOZADA | ) | |
| | ) | |
| Defendant. | ) | |

THE GOVERNMENT'S MOTION TO CONTINUE THE DEFENDANT'S PRELIMINARY
HEARING DATE PUSUANT TO RULE 5.1(D)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests this Court to extend the time period for the preliminary hearing pursuant to Fed.R.Crim.P. 5.1(d). In support of this motion, the government states the following:

1. The Defendant Miguel Lozada was arrested and placed in federal custody on June 15, 2005.

2. The government and Attorney Perman Glenn, counsel for the Defendant, met to discuss this case on June 23, 2005. Attorney Glenn and I agree that a brief continuance is in the best interests of this case.

3. The Defendant, through his counsel, has assented to the government's motion.

The government respectfully requests this court to continue the preliminary hearing two weeks to the week of July 11, 2005.

```
                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

               By:  /s/ Paul Hart Smyth
                    _____
                    Paul Hart Smyth
                    Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       June 28, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail by June 28, 2005, to Attorney Perman Glenn.

                                          /s/ Paul Hart Smyth
                                          Paul Hart Smyth
                                          Assistant U.S. Attorney